IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLIANCE SOLUTIONS, INC.,

   *Plaintiff*,

v.      Civil Action No. ELH-11-2115

QUEST SOFTWARE, INC.,

   *Defendant*.

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 1st day of March, 2012, by the United States District Court for the District of Maryland, ORDERED:

1. Defendant's "Motion to Dismiss Under F.R.C.P. Rules 12(b)(3) and 12(b)(6)" (ECF 17) is DENIED AS MOOT;
2. Defendant's "Motion to Strike or in the Alternative Motion to Dismiss Plaintiff's Amended Complaint" (ECF 23) is DENIED;
3. Plaintiff is GRANTED leave to file its Amended Complaint (ECF 20), *nunc pro tunc* to October 13, 2011;
4. Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, defendant shall RESPOND to the Amended Complaint within fourteen days after this Order is entered on the docket; and
5. The parties shall SUBMIT, within fourteen days after entry of this Order, a joint statement clarifying the basis of the Court's subject matter jurisdiction. In particular, the statement shall address:
   a. Whether plaintiff is a corporation or a limited liability company ("LLC");
   b. If plaintiff is a corporation, the states where it is incorporated and has its principal place of business, *see* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1193 (2010); and
   c. If plaintiff is an LLC, the citizenship of all of its members. *See Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011). With respect to members who are natural persons, "state citizenship for purposes of diversity jurisdiction depends . . . on national citizenship and domicile." *Axel Johnson, Inc. v. Carroll Carolina Oil Co.*, 145 F.3d 660, 663 (4th Cir. 1998).

                                           /s/
                                    Ellen Lipton Hollander
                                    United States District Judge